**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4049

_____

Keithian L. Arnold,

        Appellant,

    v.

Boatmen's Trust Company,

        Appellee.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri.

\*     [UNPUBLISHED]

_____

Submitted:   August 4, 1997
      Filed:  September 25, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Keithian L. Arnold appeals from the district court's[1] order dismissing for failure to state a claim Arnold's Title VII and 42 U.S.C. § 1981 employment discrimination action against Boatmen's Trust Company. Upon reviewing the record and the parties' briefs on appeal, we conclude the district court's judgment was correct. Accordingly,

_____

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.

we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.